**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of April, two thousand and sixteen,

_____

In Re

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Hermann Jan Vaneck


Hermann Vaneck,

    Plaintiff - Appellant,

v.

United States Trustee

    Trustee,

DLJ Mortgage Capital, Inc.,

    Defendant - Appellee.

_____

**ORDER**
Docket Number: 16-752

A notice of appeal was filed on March 10, 2016. Appellant's Form D-P was due March 23, 2016. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 2, 2016 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 07/19/2016